**UNITED STATES BANKRUPTCY**
**NORTHEN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:    Case No. 19-32588 | ) |
| | ) |
| MARGARET HURTADO, | ) |
| | ) |
| Debtor, | ) |
| | ) BK No. 19-32588 |
| THE ILLINOIS DEPARTMENT OF | ) |
| EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 20-00055 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Jack B. Schmetterer |
| | ) |
| MARGARET HURTADO, | ) |
| Defendant. | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

This matter coming on to be heard on the Motion for Default Judgment on the Verified

Complaint herein and after such hearing the court makes the following finds of fact and conclusions of

law.

**FINDINGS OF FACT**

1. The defendant, MARGARET HURTADO, was employed by Tinley Inn, LLC, for the

weeks ending July 5, 2014 through December 20, 2014 and January 10, 2015 through March 14, 2015.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decision.

3. During the same period of time the defendant applied for and received unemployment

benefits totaling $6,280.00.

4. During the same period of time the defendant made the representation she was not

employed in her application for unemployment benefits.

5. The defendant did not report her employment or her earnings during these periods.

6. As of *april 8, 2020*, the sum of $6,046.00 is due.

## CONCLUSIONS OF LAW

1. Through her false representations, the defendant received a total of $6,280.00 in unemployment benefits to which she was not entitled.

2. As of *april 8, 2020*, the defendant is indebted to plaintiff in the sum of $6,046.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter:

Dated: 4/21/20